

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00730-CR

Dylan **O'BRIANT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 15-07-11740-CR
Honorable Daniel J. Kindred, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                 Liza A. Rodriguez, Justice
                 Lori I. Valenzuela, Justice

Delivered and Filed: April 26, 2023

DISMISSED

Appellant has filed a motion to dismiss this appeal, stating that he no longer wishes to pursue his appeal. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2.

PER CURIAM

DO NOT PUBLISH